PROGRESSIVE CASUALTY INSURANCE COMPANY, Respondent,

v.

James KIMBRELL, Appellant.

No. WD 52977.

Missouri Court of Appeals, Western District.

June 10, 1997.

Allan J. Fanning, Kansas City, for Appellant.

Dana M. Harris, Kansas City, for Respondent.

Before LOWENSTEIN, P.J., SPINDEN and HOWARD, JJ.

---

## ORDER

PER CURIAM.

Declaratory judgment action to determine coverage under a commercial vehicular liability policy. The trial court granted summary judgment in favor of the insurer. Affirmed. Rule 84.16(b).